Berry L. Jack
Matsu Pretrail
339 East Dogwood Rd
Palmer, Alaska, 99645
Pro Per Plaintiff

RECEIVED
APR 01 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

United States District Court
for the District of Alaska

Berry L. Jack

Plaintiff                                    Case Number

v.

State of Alaska Dept of Corrections
State of Alaska
Governor Sarah Palin
Superintendent Debbie Miller
Lt. Knotts

Defendants

Complaint

United States District Court
District of Alaska (1)

Barry L. Jack

v

Alaska Dept. of Corrections
State of Alaska
Governor Sarah Palin
Superintendent Debbie Miller
Lt. Knotts

Case Number

03-27-08

RECEIVED
APR 01 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## Lawsuit Seeking Damages

Comes now the Plaintiff in this case Barry Jack who respectfully reports that on Nov 27-2007 I was transferred from Anchorage Correctional Complex East, 1400 East 4 Av, Anchorage per orders of Lt. Knotts and Superintendent Debbie Miller to Anchorage Correctional Complex West 1300 East 4 Av, Anchorage, this going against medical documents stating that Complex West was not able to handle my needs such has for a elevator to get between floors. At Complex West, the showers are located on on the Second floor. Upon my arrival at Complex West I handed the Correctional

officer in charge my medical paper work P.
pointing out my needs, he said he would
contact medical. And told me to settle in.

On Nov 28-2007 A famos Anchorage killer
was moved into my cell, from Nov 28-2007
to Dec-02-2007, I was raped and beaten
And terriosted repeated which caused
injuries both inside And outside my body
And caused unrepairable mental damage.
All this because of the mistakes And
irresponsable attitude of Dept. of Correction
staff. On the Afternoon of Dec 02-2007
Dept of Corrections caught thier mistake And
I was transfered back to East Complex.
Then on March 12-2008 Agents of the defender
destoried my evidence And other information
And property, for not only this Lawsuit
but for the first one that had been filed.

## DAMAGES

DAMAGES - $3.9 Billion

Punitive Damages $ 7.00 Billion

Other   A governor Pardon
           +
        A court set Amount for
        Life Long mental Health
        Care + treatment.

Respectfully
Berry Jack
03-27-08

Berry L. Jack 516194  
Mat-Su Pretrial  
339 East Dogwood  
Palmer, Alaska 99645



United States District Court  
District of Alaska  
222 West 7 AV  
Box #4  
Anchorage, Alaska